STATE OF MONTANA EX REL WILBUR SMITH AND ROGER SMITH, RELATORS, *v.* DISTRICT COURT OF THE EIGHTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF GALLATIN, AND THE HONORABLE W. W. LESSLEY, JUDGE PRESIDING, RESPONDENT.

No. 13717.
Feb. 23, 1977.
559 P.2d 1183.

### ORDER

PER CURIAM:

The petition for writ of prohibition or other appropriate writ is denied for the reason that petitioner has an adequate remedy at law for appeal.

THE STATE OF MONTANA EX REL RUSSELL COLDWELL, RELATOR, *v.* THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE STATE OF MONTANA IN AND FOR THE COUNTY OF BROADWATER AND THE HONORABLE PETER MELOY, PRESIDING JUDGE, RESPONDENTS.

No. 13658.
Jan. 26, 1977.
558 P.2d 1138.

### ORDER

Relator petitions this Court for a writ of supervisory control or other appropriate writ directed to the respondent Court and Judge, and asking that this Court accept jurisdiction of the special proceedings and that it be ordered that all proceedings in the district court, Lewis and Clark County be stayed until further order of this Court.

Counsel was heard ex parte and the matter taken under advisement. Having now considered the matter,

IT IS ORDERED that the relief sought is hereby denied.